LINDA F. CANTOR, ESQ. (State Bar No. 153762)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
10100 Santa Monica Boulevard; Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Telecopier (310) 201-0760

Attorneys for The Reorganized B.U.M.
International, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. LA 96-21386-VZ |
| B.U.M. INTERNATIONAL, INC., | Chapter 11 |
| Debtor. | ORDER GRANTING FINAL DECREE AND CLOSING BANKRUPTCY CASE |
| | [NO HEARING REQUIRED] |

This matter came before the Court upon the motion ("Motion") of B.U.M. International, Inc. ("BUM" or the "Reorganized Debtor"), for order of the Court granting a final decree and closing BUM's bankruptcy case.

The Court, having considered the Motion and the declaration of counsel for BUM representing that no opposition to the Motion has been received; notice of the Motion having been adequate under all of the circumstances; and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

1      2.    The bankruptcy case of B.U.M. International, Inc. is closed effective as of March
2  30, 2001.

4  Dated: ~~March~~ April 2, 2001

                                           The Honorable VINCENT P. ZURZOLO
                                           United States Bankruptcy Judge

Submitted by:

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

By _____
Linda F. Cantor
Attorneys for B.U.M. International

-2-

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
)
CITY OF LOS ANGELES )

I, Laura S. Ros, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, California 90067.

On March 28, 2001, I caused to be served the **ORDER GRANTING FINAL DECREE AND CLOSING BANKRUPTCY CASE** in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Office of the U.S. Trustee
221 North Figueroa Street
Suite 800
Los Angeles, CA 90012

[X] (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

[ ] (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s).

[ ] (BY OVERNIGHT DELIVERY) By sending by _____ to the addressee(s) as indicated on the attached list.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2001, at Los Angeles, California.

_____
Laura S. Ros

**NOTE TO USERS OF THIS FORM**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re   (SHORT TITLE) | CHAPTER 11 CASE NUMBER: |
|---|---|
| B.U.M. INTERNATIONAL, INC.. <br> Debtors. | CASE NO.: LA 96-21386 VZ |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1.  You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled *(specify)*:

**ORDER GRANTING FINAL DECREE AND CLOSING BANKRUPTCY CASE**

was entered on *(specify date)*: **APR -3 2001**

2.  I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons on the attached service list on (specify date):

**APR -3 2001**

Dated: **APR -3 2001**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

1  Office of the U.S. Trustee
   221 North Figueroa Street
2  Suite 800
   Los Angeles, CA 90012
3
   Linda F. Cantor, Esq.
4  Pachulski, Stang, Ziehl, Young & Jones P.C.
   10100 Santa Monica Boulevard
5  Suite 1100
   Los Angeles, CA 90067
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28