# UNITED STATES BANKRUPTCY COURT

## Central District of California

| Debtor(s) Name:<br><br>BUM INTERNATIONAL INC | For Court Use Only | **FILED**<br><br>**JUL 19 2001**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY  *RMM*  DEPUTY CLERK |
|---|---|---|
| **Chapter:** 11<br>**Case Number:** LA96-21386-VZ | **ORDER CLOSING CASE** | |

The plan of reorganization in the above referenced case has been fully implemented. An application for a Final Decree closing this case was granted by the Court on 04/02/2001, and this case is therefore closed.

*By Order of the United States Bankruptcy Court*

**Date:** 07/20/2001

**Jon D. Ceretto**
*Clerk of Court*

*1337*